UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRIAN LAPRE,

                Plaintiff,

  -against-                           **RULE 7.1 STATEMENT**

                                          08 Civ. 4889 (KMK)

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
-------------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation. (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992)).

Accordingly, Rule 7.1 does not apply to Metro-North.

Dated: New York, New York         RICHARD K. BERNARD
       July 16, 2008                GENERAL COUNSEL

                                      BY:__S/_____
                                       José R. Rios - JRR-5785
                                       Attorneys for Defendant
                                       347 Madison Avenue
                                       New York, New York  10017
                                       (212) 340-2537