UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRIAN LAPRE,

                Plaintiff,

  -against-                                        **ANSWER**

                                                08 Civ. 4889 (KMK)

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
-------------------------------------------------------------X

       Defendant, Metro-North Commuter Railroad (hereinafter referred to as "Metro-North"), by its attorney, Richard K. Bernard, General Counsel, as and for its answer to the complaint of the plaintiff, alleges as follows:

       1. As to the allegations contained in paragraph(s) 1 of the complaint, defendant refers all questions of law and fact to judge and jury.

       2.  Admits the allegations contained in paragraph(s) 2 of the complaint.

       3. Denies upon information and belief each of the allegations contained in paragraph(s) 3 and 5 of the complaint and refers all questions of law and fact to judge and jury, except admits that plaintiff was employed by Metro-North.

       4.  Denies the allegations contained in paragraph(s) 4, 6 and 7 of the complaint.

### AS AND FOR AN AFFIRMATIVE DEFENSE

       5.  As and for an affirmative defense, or as a defense in mitigation of damages, the defendant claims that any injuries allegedly sustained by the plaintiff were caused, in whole or in part, by reason of the culpable conduct of the plaintiff.

WHEREFORE, defendant demands judgment dismissing the complaint, together with costs and disbursements and such other and further relief as to this Court deems just and proper.

Dated: New York, New York
      July 16, 2008

RICHARD K. BERNARD
GENERAL COUNSEL

By: _S/_____
   José R. Rios
   Attorneys for Defendant
   347 Madison Avenue
   New York, New York  10017
   212-340-2537  - JRR/5785

TO:   Ira M. Maurer, Esq.
       Cahill, Goetsch & Maurer, P.C.
       Attorneys for Plaintiff
       1025 Westchester Avenue, Suite 106
       White Plains, New York  10604
       914-948-3352

*STATE OF NEW YORK* :
                              : ss:
*COUNTY OF NEW YORK* :

      LAURA MATTHEWS, being duly sworn, deposes and says:

      I am not a party to the action, am over 18 years of age and reside in the Bronx, New York.

      On July __17__, 2008, I served a true copy of the annexed ANSWER and RULE 7.1 STATEMENT, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

      Ira M. Maurer, Esq.
      Cahill, Goetsch & Maurer, P.C.
      Attorneys for Plaintiff
      1025 Westchester Avenue, Suite 106
      White Plains, New York  10604
      914-948-3352

                                                __S/_____
                                                LAURA MATTHEWS

Sworn to before me this
 __17___ day of July,  2008

__S/_____
NOTARY PUBLIC

Lapre,Brian